UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETTI A. SUGIURA,<br><br>       Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. 10-5755 RBL/KLS<br><br>REPORT AND RECOMMENDATION |

  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF #17).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand the administrative law judge shall make a new, full sequential disability evaluation.  As part of this evaluation, the ALJ shall evaluate and discuss the evidence relating to Plaintiff's hand impairment, specifically evaluating the opinions of Drs. Green, Phillips, Smitherman, Newell-Eggert, and Iuliano.  As the foregoing may affect other aspects of the sequential evaluation process, the ALJ should re-evaluate Plaintiff's impairments, credibility, residual functional capacity, and ability to perform work at steps four and five, as necessary.

REPORT AND RECOMMENDATION - 1

1  Given the fact of the parties' stipulation, the Court recommends that the District Judge
2  immediately approve this Report and Recommendation and order the case **REVERSED** and
3  **REMANDED.**  A proposed order accompanies this Report and Recommendation.
4  DATED this 29th day of April, 2011.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2