UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETTI A. SUGIURA,<br><br>       Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. 10-5755 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #18 ] recommending that this case be remanded, based on the stipulation of the parties [ECF #17].  It is therefore ORDERED

  (1)  The Court ADOPTS the Report and Recommendation;

  (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

  (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 4th day of May, 2011.

             _____
             RONALD B. LEIGHTON
             UNITED STATES DISTRICT JUDGE

REPORT AND RECOMMENDATION - 1