# United States District Court
### WESTERN DISTRICT OF WASHINGTON

BETTI A. SUGIURA

v.

MICHAEL J. ASTRUE, Commissioner
   of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5755RBL/KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court ADOPTS the Report and Recommendation; and

The Court REVERSES and REMANDS for further administrative proceedings.

| | |
|---|---|
| ___May 5, 2011___ | ___BRUCE RIFKIN___ |
| Date | Clerk |
| | |
| | ___*s/CM Gonzalez*___ |
| | Deputy Clerk |