1    United States District Judge Ronald B. Leighton

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON

9    BETTI A. SUGIURA,                        )

10                          Plaintiff,         )   CIVIL NO. C10-5755RBL
                                               )
11                                             )   ORDER   FOR   ATTORNEY'S   FEES
     vs.                                       )   PURSUANT TO 42 U.S.C. § 406(b)
12                                             )
     CAROLYN W. COLVIN,                        )
13   Acting Commissioner of Social Security,   )
                                               )
14                                             )
                                               )
15

16        THIS  MATTER  having  come  on  regularly  before  the  undersigned  upon  by

17   Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having

18   considered the contentions of Plaintiff and Defendant, good cause having been shown for

19   entry of the Order, now therefore, it is hereby

20        ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross

21   attorney's fee of $8,618.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of

22   $3,283.98 that previously were awarded, as well as an additional voluntary reduction of

23   $2,716.02, leaving a net fee of $2,618.50. When issuing the 42 U.S.C. § 406(b) check for

24   ORDER FOR ATTORNEY'S FEES PURSUANT
     TO 42 U.S.C. § 406(b) [C10-5755RBL] - 1

25

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $2,618.50, minus any applicable processing fees as allowed by statute.

DATED this 16th day of August, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/Eitan Kassel Yanich
Eitan Kassel Yanich, WSBA #13690
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT
TO 42 U.S.C. § 406(b) [C10-5755RBL] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226